**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 16-6698

GARY ANDREW BOYD,

Plaintiff - Appellant,

v.

DR. NEGASH TESEMMA; DIRECTOR NURSE S. HICKS; ADMINISTRATOR T. MOORE,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Raymond A. Jackson, District Judge. (2:14-cv-00196-RAJ-DEM)

Submitted: January 31, 2017          Decided: February 2, 2017

Before WILKINSON, KEENAN, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Gary Andrew Boyd, Appellant Pro Se. Elizabeth Martin Muldowney, RAWLS, MCNELIS & MITCHELL, PC, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gary Andrew Boyd appeals the district court's order granting the Defendants' motion for summary judgment. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Boyd v. Tesemma</u>, No. 2:14-cv-00196-RAJ-DEM (E.D. Va. filed Apr. 26, 2016 & entered Apr. 27, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>